ALEXANDER E. FINGER, administrator, *vs.* LIVIA DE PIETRO & another. January 10, 1975. This appeal brings to us the sole question whether the judge erred in allowing the defendant to ask a witness, "[Did you ever notice] anything to indicate that Mrs. Cignale was not of sound mind?" There was no error. The question called for a factual response as to acts observed and statements heard by the witness and did not, as argued by the plaintiff, seek the witness's conclusion or opinion concerning Mrs. Cignale's mental condition. *McCoy* v. *Jordan,* 184 Mass. 575, 578 (1904). *Gorham*

v. *Moor,* 197 Mass. 522, 523-524 (1908). *Old Colony Trust Co.* v.
*Di Cola,* 233 Mass. 119, 125 (1919). See *Vieira* v. *East Taunton St.
Ry.* 320 Mass. 547, 550-551 (1947). A second issue raised by the
plaintiff is not properly before us as it is not based on an exception.
*Jones* v. *Bailey,* 1 Mass. App. Ct. 41, 44-45 (1973). In any event it
is wholly lacking in merit.

*Decree affirmed.*

*Frederic R. Hartstone* for the plaintiff.
*Thomas B. Shea (Jacob I. Brier* with him) for the defendant Livia
De Pietro.